**VALENTI LAW APC**
Matthew D. Valenti (SBN 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, California 92117
Phone: (619) 540-2189

Attorney for Scott Schutza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>             Plaintiff,<br><br>   vs.<br><br>D.S.A. SPORTS, INC., a California corporation; MISSION VALLEY SHOPPINGTOWN LLC, a Delaware limited liability company; and DOES 1-10,<br><br>             Defendants. | Case No.: 3:23-cv-02252-GPC-DEB<br><br>NOTICE OF AND REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

**NOTICE OF AND REQUEST FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff SCOTT SCHUTZA voluntarily dismisses this action with prejudice as to all Defendants and requests the Court dismiss the action with prejudice in its entirety.

Respectfully submitted,

DATED: December 27, 2023                    VALENTI LAW APC

                                            By:  */s/ Matt Valenti*
                                                Matt Valenti, Esq.
                                                Attorney for Plaintiff Scott Schutza

# PROOF OF SERVICE

*Schutza v. D.S.A. Sports, Inc. et al,* 3:23-cv-02252-GPC-DEB

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 5252 Balboa Ave., Suite 700, San Diego CA 92117. On December 27, 2023 I served the following document(s):

NOTICE OF AND REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i)

Addressed to:

> Mission Valley Shoppingtown LLC
> Hyura Choi, Esq.
> Senior Litigation and Compliance Counsel
> 2049 Century Park East, 41st Floor
> Los Angeles, California 90067 – USA
>
> D.S.A. Sports, Inc.
> Duane S Adams - Agent for Service
> 1640 Camino Del Rio N
> Suite #131
> San Diego, CA 92108

X    BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
BY OVERNIGHT EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Golden State Overnight drop box at San Diego, California.
BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients.
BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on December 27, 2023, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                      _s/Matt Valenti_____
                                            Matt Valenti